## Declaration of Plaintiff Ms. Oxana N. Parikh in Response to Show Cause Order
## 8:22-cv-110

I, Ms. Oxana N. Parikh, Plaintiff, *pro se*, pursuant to 28 USC §1746, declare (or certify, verify, or state) under penalty of perjury that the following is true and correct, to the best of my knowledge.

When my dearly beloved family member, Decedent, passed away, my world turned upside down. He was like a father to me and he treated me as his own daughter for the entire time that I knew him.

One day, during a difficult time of sorrow, I woke up to find my personal bank accounts (that were never mixed with estate account) unlawfully frozen. I had to hire a Baltimore law firm to unfreeze my personal bank accounts.

Since 2016, I have been involved in litigation with a person I knew as "Ms. Boynton." The first 2 years, or so, I was represented by two different law firms; but then, out of necessity, I had to learn to represent myself. Being represented by a law firm was a financial burden on me (although I learned a lot from them). For the past 5 years, or so, I have been *pro se*. I have represented myself in a civil case, estate case, and on appeals.

I have learned to defend myself from non-stop attacks since 2016. What really helped me is that the facts of this case have never changed. I know the facts and my complaint is simply a partial biography of my life. I am not an attorney, but I do know this case better than anyone else.

I requested to protect my identity and be "Jane Roe," because I foresaw future personal attacks. On his own, on May 9th, the attorney for Mr. Frosh began to email my ex-husband. (I do not know why he began to do this.) I do not know how many other people that I know have been contacted by that attorney regarding this case, even though that attorney was requested to contact me via US mail only; and, he acknowledged my request in his court filings.

On his own, he sent an email to my ex-husband, directed to me, "Ms. Parikh." Luckily, my ex gave me that email. After taking it upon himself to email person(s) that I know, without my permission or knowledge, he then complains about it to get my case dismissed. Instead of framing me, he should explain what happened in the estate and what happened to estate funds. The funds "vanished" without reaching true sole-legatee.

I would like to respectfully ask that attorney to please stop sending emails (or any other communications) to anyone that I know. I specifically asked that only US mail be used to communicate with me. I never gave him permission to contact people that I know. I never provided him with email or mailing addresses of people that I know.

Based on this background, I am asked to: "describe[] any assistance she has received from any lawyer(s) in preparing not only Complaint and Amended Complaint, but also the Motion for Entry of Default and opposition memoranda."

I have not received any assistance from any lawyer(s) in preparing my complaint, amended complaint, motion for entry of default or opposition memorandum.

Executed on May 25, 2022.

*[signature: Oxana Parikh]*
Ms. Oxana N. Parikh, *pro se*